# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | * |
| | * CHAPTER 13 |
| LASHANTE DRAKES, | * |
| | * CASE NO.: 22-00054-DSC13 |
| Debtor. | * |
| | * |

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY

COMES NOW HPA III Acquisitions 1 LLC ("Movant"), and files this withdrawal of its "Motion for Relief from Stay" (the "Motion") filed on March 7, 2023. (Doc. 34).

Dated this 3rd day of August, 2023.

/s/ Stephen B. Porterfield
Stephen B. Porterfield
Attorney for HPA III Acquisitions 1 LLC

**OF COUNSEL:**

DENTONS SIROTE PC
2311 Highland Avenue South
P. O. Box 55727
Birmingham, AL 35255-5727
(205) 930-5278
Stephen.porterfield@dentons.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 3rd day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael D. Brock | Bradford W. Caraway, Trustee |
| Brock & Stout, LLC | Chapter 13 Standing Trustee |
| P. O. Drawer 311167 | P.O. Box 10848 |
| Enterprise, AL 36331 | Birmingham, AL 35216 |

    and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

LaShante Drakes
4834 Sulphur Springs Road
Birmingham, AL 35226

    /s/ Stephen B. Porterfield
    OF COUNSEL